1 | **WENDELL J. JONES, (State Bar No. 202302)**
**THE LAW OFFICE OF WENDELL J. JONES**
1901 S. Bascom Avenue
Suite 333
Campbell, CA 95008
Telephone/ Facsimile:  (408) 371-7589

Attorney for Plaintiff
IGNACIO ALFARO

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO ALFARO, an individual<br>      Plaintiff,<br>  vs.<br><br>WASHINGTON MUTUAL BANK now doing business as JP MORGAN CHASE BANK, N.A.  a corporation and DOES 1 through 50, inclusive,<br>      Defendants | Case No.:  3:11-cv-06385<br><br>**STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE** |

**STIPULATION**

Plaintiff Ignacio Alfaro and Defendant JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("Chase") (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1) The parties wish to stay all proceedings in this matter, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, pending a determination by Defendant Chase of Plaintiff's suitability for loan modification, which is economically and judicially efficient.  Plaintiff understands that Defendant Chase has made no guarantee that Plaintiff will be granted a loan modification and that Defendant Chase is under no obligation to provide Plaintiff with a loan modification;

2) The parties further stipulate and agree that, in the event Plaintiff is denied for a loan modification, Defendant Chase's Motion to Dismiss Plaintiff's Complaint, filed on December 22, 2011, shall be rescheduled for hearing by the Court on a date and time to be determined by the Court, which shall occur prior to September, 2012;

3) The parties stipulate and agree that, although the parties are determining the date of the mediation, it will tentatively be held on September 13, 2012, at 10:00 a.m.; and

4) The parties stipulate and agree to extend the mediation deadline to September 27, 2012.

IT IS SO STIPULATED.

DATED:   6/26/2012                                LAW OFFICE OF WENDELL J. JONES

                                                  By:      /s/Wendell J. Jones
                                                            Wendell J. Jones

                                                  Attorney for Plaintiff
                                                  IGNACIO ALFARO

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 6/26/2012 | BRYAN CAVE LLP |

                                              C. Scott Greene
Sean D. Muntz
Joshua D. White

By: /s/Joshua D. White
     Joshua D. White

Attorneys for Defendant JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank

**[PROPOSED] ORDER**

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1) all proceedings in this matter, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, are stayed pending a determination by Defendant Chase of Plaintiff's suitability for loan modification, which is economically and judicially efficient;

2) in the event Plaintiff is denied for a loan modification, Defendant Chase's Motion to Dismiss Plaintiff's Complaint, filed on December 22, 2011, shall be rescheduled for hearing by the Court on a date and time to be determined by the Court, which shall occur prior to September, 2012;

3) the date of the mediation, will tentatively be on September 13, 2012, at 10:00 a.m;

4) the mediation deadline will be extended to September 27, 2012.

DATED: July 2, 2012

