1

**WENDELL J. JONES, (State Bar No. 202302)**
**THE LAW OFFICE OF WENDELL J. JONES**

2

1901 S. Bascom Avenue
Suite 333

3

Campbell, CA 95008
Telephone/ Facsimile:  (408) 371-7589

4

5

Attorney for Plaintiff

6

IGNACIO ALFARO

7

8

SUPERIOR COURT OF CALIFORNIA

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| IGNACIO ALFARO, an individual<br>                        Plaintiff,<br>       vs.<br><br>WASHINGTON MUTUAL BANK now doing business as JP MORGAN CHASE BANK, N.A.  a corporation and DOES 1 through 50, inclusive,<br>                  Defendants | Case No.:  3:11-cv-06385<br><br>**STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Plaintiff  Ignacio Alfaro and Defendant JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("Chase") (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1) The parties wish to stay all proceedings in this matter, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, pending a determination by Defendant Chase of Plaintiff's suitability for loan modification, which is economically and judicially efficient.  Plaintiff understands that Defendant Chase has made no guarantee that Plaintiff will be granted a loan modification and that Defendant Chase is under no obligation to provide Plaintiff with a loan modification;

2) The parties further stipulate and agree that, in the event Plaintiff is denied for a loan modification, Defendant Chase's Motion to Dismiss Plaintiff's Complaint, filed on December 22, 2011, shall be rescheduled for hearing by the Court on a date and time to be determined by the Court, which shall occur between October 12, 2012 and November 12, 2012;

3) The parties stipulate and agree that, although the parties are determining the date of the mediation, it will tentatively be held between November 12, 2012 and November, 30, 2012; and

4) The parties stipulate and agree to extend the mediation deadline to December 5, 2012.

IT IS SO STIPULATED.

DATED:  September 5, 2012                    LAW OFFICE OF WENDELL J. JONES

                                             By:_____/s/Wendell J. Jones
                                                    Wendell J. Jones

                                             Attorney for Plaintiff
                                             IGNACIO ALFARO

1

2

3   DATED:  September 5, 2012                    BRYAN CAVE LLP

4                                               C. Scott Greene
                                                Sean D. Muntz
5                                               Joshua D. White

6                                               By:   /s/Joshua D. White
                                                        Joshua D. White
7

8                                               Attorneys for Defendant
                                                JPMORGAN   CHASE   BANK,   N.A.,   an
9                                               acquirer  of  certain  assets  and  liabilities  of
                                                Washington  Mutual  Bank  from  the  Federal
10                                              Deposit Insurance Corporation, as Receiver for
                                                Washington Mutual Bank

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY

ORDERED THAT:

1) all proceedings in this matter, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, are stayed pending a determination by Defendant Chase of Plaintiff's suitability for loan modification, which is economically and judicially efficient;

2) in the event Plaintiff is denied for a loan modification, Defendant Chase's Motion to Dismiss Plaintiff's Complaint, filed on December 22, 2011, shall be rescheduled for hearing by the Court on a date and time to be determined by the Court, which shall occur between October 12, 2012 and November 12, 2012;

3) the date of the mediation, will tentatively be between November 12, 2012 and November 30, 2012; and

4) the mediation deadline will be extended to December 5, 2012.

DATED: September 12, 2012

_____
Judge of the Superior Court

