1 | **WENDELL J. JONES, (State Bar No. 202302)**
**THE LAW OFFICE OF WENDELL J. JONES**
2 | 1901 S. Bascom Avenue
Suite 333
3 | Campbell, CA 95008
Telephone/ Facsimile:  (408) 371-7589
4 |

5 | Attorney for Plaintiff
IGNACIO ALFARO
6 |

7 |

8 | SUPERIOR COURT OF CALIFORNIA

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | IGNACIO ALFARO, an individual | Case No.:  3:11-cv-06385
12 |            Plaintiff,
   vs. | **STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE**
13 | WASHINGTON MUTUAL BANK now doing
14 | business as JP MORGAN CHASE BANK,
N.A.  a corporation and DOES 1 through 50,
15 | inclusive,
           Defendants
16 |

Joint Stipulation

**STIPULATION**

Plaintiff Ignacio Alfaro and Defendant JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("Chase") (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1) The parties wish to stay all proceedings in this matter, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, pending a determination by Defendant Chase of Plaintiff's suitability for loan modification, which is economically and judicially efficient.  Plaintiff understands that Defendant Chase has made no guarantee that Plaintiff will be granted a loan modification and that Defendant Chase is under no obligation to provide Plaintiff with a loan modification;

2) The parties further stipulate and agree that, in the event Plaintiff is denied for a loan modification, Defendant Chase's Motion to Dismiss Plaintiff's Complaint, filed on December 22, 2011, shall be rescheduled for hearing by the Court on a date and time to be determined by the Court, which shall occur between October 12, 2012 and November 12, 2012;

3) The parties stipulate and agree that, although the parties are determining the date of the mediation, it will tentatively be held between November 12, 2012 and November, 30, 2012; and

4) The parties stipulate and agree to extend the mediation deadline to December 5, 2012.

IT IS SO STIPULATED.

DATED:  September 5, 2012                LAW OFFICE OF WENDELL J. JONES

By:      /s/Wendell J. Jones
         Wendell J. Jones

Attorney for Plaintiff
IGNACIO ALFARO

1
2
3  DATED: September 5, 2012                BRYAN CAVE LLP
4                                          C. Scott Greene
                                           Sean D. Muntz
5                                          Joshua D. White

6                                          By:   /s/Joshua D. White
                                                  Joshua D. White
7
                                           Attorneys for Defendant
8                                          JPMORGAN CHASE BANK, N.A., an
                                           acquirer of certain assets and liabilities of
9                                          Washington Mutual Bank from the Federal
                                           Deposit Insurance Corporation, as Receiver for
10                                         Washington Mutual Bank
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1) all proceedings in this matter, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, are stayed pending a determination by Defendant Chase of Plaintiff's suitability for loan modification, which is economically and judicially efficient;

2) in the event Plaintiff is denied for a loan modification, Defendant Chase's Motion to Dismiss Plaintiff's Complaint, filed on December 22, 2011, shall be rescheduled for hearing by the Court on a date and time to be determined by the Court, which shall occur between October 12, 2012 and November 12, 2012;

3) the date of the mediation, will tentatively be between November 12, 2012 and November 30, 2012; and

4) the mediation deadline will be extended to December 5, 2012.

DATED: September 12, 2012



~~Judge of the Superior Court~~

Joint Stipulation