1  **WENDELL J. JONES, (State Bar No. 202302)**
   1901 S. Bascom Avenue
   Suite 333
2  Campbell, CA 95008
   Telephone/ Facsimile:  (408) 371-7589
3

4  Attorney for Plaintiff
   IGNACIO ALFARO
5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10 **IGNACIO ALFARO, an individual**
                                              Case No.: 3:11-cv-06385
11         **Plaintiff,**

12     vs.
                                              **NOTICE OF PLAINTIFFS' VOLUNTARY**
13                                            **DISMISSAL**
   **WASHINGTON MUTUAL BANK now**
14 **doing business as JP MORGAN CHASE**
   **BANK, N.A.  a corporation and DOES 1**
15 **through 50, inclusive,**

16         **Defendants**

17       Plaintiff **IGNACIO ALFARO** (hereinafter known as "PLAINTIFF"), by his attorney,

18 hereby moves for his causes of actions against Defendants WASHINGTON MUTUAL BANK

19 now doing business as JP MORGAN CHASE BANK, N.A.  a corporation and DOES 1 through

20 50, inclusive to be dismissed without prejudice.

21

22 DATED:  January 7, 2013                    **The Law Office of Wendell J. Jones**

23
                                              BY:    /s/Wendell J. Jones
24                                                   Wendell J. Jones
                                                     ATTORNEY FOR PLAINTIFF
25                                            Dated: 1/7/2013

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]

NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL

1