**WENDELL J. JONES, (State Bar No. 202302)**
1901 S. Bascom Avenue
Suite 333
Campbell, CA 95008
Telephone/ Facsimile: (408) 371-7589

Attorney for Plaintiff
IGNACIO ALFARO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IGNACIO ALFARO, an individual**<br><br>                    **Plaintiff,**<br><br>        vs.<br><br>**WASHINGTON MUTUAL BANK now doing business as JP MORGAN CHASE BANK, N.A.  a corporation and DOES 1 through 50, inclusive,**<br><br>                    **Defendants** | Case No.: 3:11-cv-06385<br><br>**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL** |

Plaintiff **IGNACIO ALFARO** (hereinafter known as "PLAINTIFF"), by his attorney, hereby moves for his causes of actions against Defendants WASHINGTON MUTUAL BANK now doing business as JP MORGAN CHASE BANK, N.A.  a corporation and DOES 1 through 50, inclusive to be dismissed without prejudice.

DATED:  January 7, 2013                                    **The Law Office of Wendell J. Jones**

                                                            BY:     /s/Wendell J. Jones
                                                                    Wendell J. Jones
                                                                    ATTORNEY FOR PLAINTIFF

                     Dated: 1/7/2013

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]

NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL

1